UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law Offices of Michelle Labayen PC
24 Commerce Street, Suite 530
Newark, NJ 07102
973-622-1584
njchapter7@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 31 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

ROBERTO HERRERA
Fka Roberto Herrera Acevedo

ANGELA M HERRERA
Fka Angela M Ruiz

| | |
|---|---|
| Case Number: | 17-10142 |
| Hearing Date: | March 1, 2017 |
| Judge: | Judge R. Gambardella |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER TO RECLASSIFY PROOF OF CLAIM
### FILED BY  SPECIALIZED LOAN SERVICING  FROM SECURED TO UNSECURED

The relief set forth on the following page is hereby ORDERED.

3-31-17

This matter having been opened to the Court by _____Michelle Labayen_____, attorney for the Debtor,___Roberto & Angela Herrera___, on a Motion to Reclassify the Proof of Claim of _____# 3_____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is: Ordered that the reclassification is only finalzied upon the completion of the chapter 13 plan and entry of a discharge order in the respective case.

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _____# 3_____ from a secured claim to an unsecured claim is hereby granted.

Should the case be converted to a Chapter 7 or dismissed then the Order is of no force and effect.

*Rev. 7/1/04; jml*