UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law Offices of Michelle Labayen PC
24 Commerce Street, Suite 530
Newark, NJ 07102
973-622-1584
njchapter7@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 31 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

ROBERTO HERRERA
Fka Roberto Herrera Acevedo

ANGELA M HERRERA
Fka Angela M Ruiz

| | |
|---|---|
| Case Number: | 17-10142 |
| Hearing Date: | March 1, 2017 |
| Judge: | Judge R. Gambardella |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO RECLASSIFY PROOF OF CLAIM
## FILED BY  SPECIALIZED LOAN SERVICING  FROM SECURED TO UNSECURED

The relief set forth on the following page is hereby ORDERED.

3-31-17

This matter having been opened to the Court by _____Michelle Labayen_____, attorney for the Debtor,___Roberto & Angela Herrera___, on a Motion to Reclassify the Proof of Claim of _____# 3_____ from a secured claim to an unsecured claim, and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is: Ordered that the reclassification is only finalzied upon the completion of the chapter 13 plan and entry of a discharge order in the respective case.

**ORDERED** that the debtor's Motion To Reclassify the Proof of Claim of _____# 3_____ from a secured claim to an unsecured claim is hereby granted.

Should the case be converted to a Chapter 7 or dismissed then the Order is of no force and effect.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Roberto Herrera
Angela M Herrera
    Debtors

Case No. 17-10142-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1          Date Rcvd: Mar 31, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
db/jdb        +Roberto Herrera,   Angela M Herrera,   3-37 31st Street,   Fair Lawn, NJ 07410-3941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2006- HE4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Michelle Labayen   on behalf of Joint Debtor Angela M Herrera njchapter7@gmail.com, benitezgiovanna@gmail.com
          Michelle Labayen   on behalf of Debtor Roberto Herrera njchapter7@gmail.com, benitezgiovanna@gmail.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 6