| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2* | Order Filed on January 13, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Roberto Herrera<br>*fka* Roberto Herrera Acevedo<br>Angela M. Herrera<br>*fka* Angela M. Ruiz<br><br>                                              Debtors. | Chapter 13<br><br>Case No. 17-10142-RG<br><br>Hearing Date: January 20, 2021<br><br>Judge Rosemary Gambardella |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 13, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:         Angela M Herrera and Roberto Herrera
Case No.:       17-10142-RG
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 ("Creditor"), whereas the post-petition arrearage amount was $7,548.00, as of January 7, 2021, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **3-37 31st Street, Fair Lawn Borough, New Jersey 07410** ("Property") provided that the Debtor complies with the following:

    a. On or before January 19, 2021, the Debtors shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, as well as the post-petition arrearage, as well as all other amounts due on the underlying loan; and

    b. In addition to the above, the Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the February 1, 2021 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtors will be in default under the Consent Order in the event that the Debtors fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/Michelle Labayen* | */s/Gavin N. Stewart* |
| Michelle Labayen, Esq. | Gavin N. Stewart, Esq. |
| Law Office of Michelle Labayen | Stewart Legal Group, P.L. |
| 24 Commerce Street, Suite 1300 | 401 East Jackson Street, Suite 2340 |
| Newark, NJ 07102 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 17-10142-RG
Roberto Herrera                                                                   Chapter 13
Angela M Herrera
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                                           Page 1 of 2
Date Rcvd: Jan 15, 2021     Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID**       **Recipient Name and Address**
db/jdb         +   Roberto Herrera, Angela M Herrera, 3-37 31st Street, Fair Lawn, NJ 07410-3941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2021              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Indenture Trustee of the GMACM Home Equity Loan Trust 2006- HE4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michelle Labayen
    on behalf of Joint Debtor Angela M Herrera michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Michelle Labayen
    on behalf of Debtor Roberto Herrera michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7