| Debtor 1 | **ROBERTO HERRERA** | Case number *(if known)* | **17-10142** |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

| Debtor 1 | **ROBERTO HERRERA** |
|---|---|
| Debtor 2 (Spouse, if filing) | **ANGELA M HERRERA** |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **17-10142** |

Form 4100N

# Notice of Final Cure Payment         10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** SPECIALIZED LOAN SERVICING LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 9 9

**Property Address:** 3-37 31ST ST
FAIR LAWN, NJ  07410

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                                **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $8,721.98 |
| b. | Prepetition arrearage paid by the trustee: | (b) $8,721.98 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) SEE REGISTRY IF APPLICABLE |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $0.00 |
| e. | Allowed postpetition arrearage: | (e) $8,079.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $8,079.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $16,800.98 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ROBERTO HERRERA** | Case number *(if known)* | **17-10142** |
|---|---|---|---|
| | Name | | |

**Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

_____  Date  03/07/2023
Signature

Trustee     Marie-Ann Greenberg

Address    30 TWO BRIDGES ROAD
           SUITE 330
           FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840

| Debtor 1 | **ROBERTO HERRERA** | Case number *(if known)* | **17-10142** |
|---|---|---|---|
| | Name | | |

17-10142

<div style="border: 1px solid black; padding: 10px;">

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

</div>

Debtor(s):

ROBERTO HERRERA  
3-37 31ST STREET  
FAIR LAWN, NJ  07410

ANGELA M HERRERA

Debtor(s) Counsel:

MICHELLE LABAYEN  
LAW OFFICES OF MICHELLE LABAYEN PC  
24 COMMERCE STREET  
SUITE 1300  
NEWARK, NJ  07102

Creditor:

STEWART LEGAL GROUP, P.L.  
401 EAST JACKSON ST  
SUITE 2340  
TAMPA, FL  33602

SPECIALIZED LOAN SERVICING LLC  
6200 S QUEBEC ST  
GREENWOOD VILLAGE, CO  80111

Date: 3/7/2023

/s/ CharlesDArrigo

30 TWO BRIDGES ROAD  
SUITE 330  
FAIRFIELD, NJ  07004-1550

---

Form 4100N      **Notice of Final Cure Payment**      page 3