Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 7, 2023

**Chapter 13 Case # 17-10142**

Re:  ROBERTO HERRERA  
ANGELA M HERRERA  
3-37 31ST STREET  
FAIR LAWN, NJ  07410

Atty:  MICHELLE LABAYEN  
LAW OFFICES OF MICHELLE LABAYEN PC  
24 COMMERCE STREET  
SUITE 1300  
NEWARK, NJ  07102

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $25,870.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/19/2017 | $90.00 | 3641769000 - | 02/27/2017 | $90.00 | 3740690000 - |
| 04/03/2017 | $90.00 | 3850560000 - | 05/01/2017 | $282.00 | 3926155000 - |
| 06/02/2017 | $282.00 | 4009700000 - | 07/05/2017 | $282.00 | 4094403000 - |
| 08/01/2017 | $282.00 | 4169904000 - | 09/05/2017 | $282.00 | 4254289000 - |
| 10/02/2017 | $282.00 | 4328363000 - | 11/03/2017 | $282.00 | 4415846000 - |
| 12/04/2017 | $282.00 | 4485740000 - | 01/01/2018 | $282.00 | 4554685000 - |
| 02/01/2018 | $282.00 | 4635457000 - | 03/02/2018 | $282.00 | 4716007000 - |
| 04/02/2018 | $282.00 | 4794518000 | 05/01/2018 | $282.00 | 4878264000 |
| 06/04/2018 | $282.00 | 4963222000 | 07/02/2018 | $282.00 | 5034240000 |
| 08/09/2018 | $282.00 | 5140376000 | 09/04/2018 | $282.00 | 5200223000 |
| 10/01/2018 | $282.00 | 5270078000 | 12/03/2018 | $282.00 | 5433248000 |
| 01/02/2019 | $282.00 | 5509589000 | 02/04/2019 | $282.00 | 5590883000 |
| 03/01/2019 | $282.00 | 5663129000 | 04/01/2019 | $282.00 | 5743890000 |
| 06/03/2019 | $282.00 | 5904151000 | 07/22/2019 | $564.00 | 6030368000 |
| 07/22/2019 | $282.00 | 6030399000 | 08/02/2019 | $282.00 | 6061147000 |
| 09/03/2019 | $282.00 | 6141870000 | 09/30/2019 | $282.00 | 6214868000 |
| 11/01/2019 | $282.00 | 6294500000 | 12/02/2019 | $282.00 | 6364463000 |
| 01/02/2020 | $282.00 | 6445439000 | 02/03/2020 | $282.00 | 6519616000 |
| 03/02/2020 | $282.00 | 6602799000 | 03/31/2020 | $282.00 | 6673337000 |
| 05/01/2020 | $282.00 | 6752866000 | 06/01/2020 | $282.00 | 6828404000 |
| 07/01/2020 | $282.00 | 6907622000 | 08/05/2020 | $282.00 | 6993242000 |
| 09/01/2020 | $282.00 | 7052502000 | 10/01/2020 | $282.00 | 7125881000 |
| 11/02/2020 | $282.00 | 7198861000 | 11/30/2020 | $282.00 | 7269115000 |
| 01/04/2021 | $282.00 | 7353083000 | 02/01/2021 | $282.00 | 7420913000 |
| 03/02/2021 | $282.00 | 7492352000 | 03/31/2021 | $282.00 | 7563700000 |
| 05/03/2021 | $282.00 | 7639812000 | 06/02/2021 | $282.00 | 7707367000 |
| 07/01/2021 | $271.13 | 7779112000 | 07/01/2021 | $305.00 | 7779177000 |
| 08/02/2021 | $575.00 | 7847853000 | 09/02/2021 | $575.00 | 7920706000 |

**Chapter 13 Case # 17-10142**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2021 | $575.00 | 7981795000 | 11/04/2021 | $575.00 | 8061481000 |
| 12/06/2021 | $575.00 | 8126902000 | 01/04/2022 | $575.00 | 8190030000 |
| 02/02/2022 | $575.00 | 8249172000 | 03/01/2022 | $575.00 | 8309424000 |
| 04/04/2022 | $575.00 | 8382798000 | 05/05/2022 | $575.00 | 8450339000 |
| 05/31/2022 | $575.00 | 8495834000 | 07/05/2022 | $575.00 | 8568638000 |
| 08/01/2022 | $575.00 | 8621010000 | 09/06/2022 | $575.00 | 8692913000 |
| 10/03/2022 | $575.00 | 8746300000 | 11/01/2022 | $575.00 | 8798722000 |
| 12/05/2022 | $575.00 | 8862496000 | 01/03/2023 | $575.00 | 8913041000 |
| 02/13/2023 | $575.00 | 8996114000 | | | |

**Total Receipts: $25,871.13 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $25,871.13**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,356.00 | |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | GEICO INSURANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | LAZARUS FINA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PMICHAELMK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 8,721.98 | 100.00% | 8,721.98 | |
| 0014 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 63,845.48 | * | 5,170.77 | |
| 0015 | LAZARUS FINA | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 8,079.00 | 100.00% | 8,079.00 | |

**Total Paid: $25,327.75**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 12/18/2017 | $122.59 | 793403 | | 01/22/2018 | $265.36 | 795253 |
| | 02/20/2018 | $265.36 | 797117 | | 03/19/2018 | $265.36 | 798954 |
| | 04/16/2018 | $265.36 | 800813 | | 05/14/2018 | $266.77 | 802727 |
| | 06/18/2018 | $266.77 | 804678 | | 07/16/2018 | $266.77 | 806619 |
| | 08/20/2018 | $266.77 | 808563 | | 09/17/2018 | $273.54 | 810492 |
| | 10/22/2018 | $273.54 | 812454 | | 11/19/2018 | $265.93 | 814364 |
| | 01/14/2019 | $265.93 | 818186 | | 02/11/2019 | $265.93 | 820091 |
| | 03/18/2019 | $265.93 | 822074 | | 04/15/2019 | $265.93 | 824097 |
| | 05/20/2019 | $265.93 | 826120 | | 07/15/2019 | $270.72 | 829933 |
| | 09/16/2019 | $1,082.88 | 833943 | | 10/21/2019 | $277.77 | 836005 |
| | 11/18/2019 | $277.77 | 838051 | | 12/16/2019 | $267.34 | 839932 |
| | 01/13/2020 | $267.34 | 841823 | | 02/10/2020 | $267.34 | 843695 |
| | 03/16/2020 | $267.34 | 845628 | | 04/20/2020 | $267.34 | 847586 |
| | 05/18/2020 | $267.34 | 849394 | | 06/15/2020 | $253.80 | 851081 |
| | 07/20/2020 | $260.85 | 852938 | | 08/17/2020 | $260.85 | 854770 |
| | 09/21/2020 | $39.53 | 856636 | | 09/21/2020 | $221.32 | 856636 |
| | 10/19/2020 | $260.85 | 857742 | | 11/16/2020 | $260.85 | 859534 |
| | 12/21/2020 | $260.85 | 861346 | | 01/11/2021 | $260.85 | 863150 |
| | 02/22/2021 | $260.85 | 864798 | | 03/15/2021 | $260.85 | 866673 |
| | 04/19/2021 | $260.85 | 868321 | | 05/17/2021 | $260.85 | 870234 |
| | 06/21/2021 | $265.08 | 872021 | | 07/19/2021 | $265.08 | 873829 |

**Chapter 13 Case # 17-10142**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/16/2021 | $541.56 | 875515 | 09/20/2021 | $540.50 | 877238 |
| | 10/18/2021 | $540.50 | 879022 | 11/17/2021 | $546.25 | 880721 |
| | 12/13/2021 | $546.25 | 882351 | 01/10/2022 | $546.25 | 884010 |
| | 02/14/2022 | $546.25 | 885692 | 03/14/2022 | $546.25 | 887404 |
| | 04/18/2022 | $554.88 | 889083 | 05/16/2022 | $554.88 | 890809 |
| | 06/20/2022 | $554.88 | 892474 | 07/18/2022 | $486.99 | 894213 |
| | 07/18/2022 | $67.89 | 894213 | 08/15/2022 | $554.88 | 895774 |
| | 09/19/2022 | $554.88 | 897370 | 10/17/2022 | $554.88 | 899035 |
| | 11/14/2022 | $543.38 | 900608 | 12/12/2022 | $543.38 | 902176 |
| | 01/09/2023 | $543.38 | 903662 | 01/09/2023 | ($543.38) | 903662 |
| | 01/09/2023 | $543.38 | 904808 | 02/13/2023 | $543.38 | 905168 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 07, 2023.

Receipts: $25,871.13       -    Paid to Claims: $21,971.75    -    Admin Costs Paid: $3,356.00    =    Funds on Hand: $543.38

Base Plan Amount: $25,870.00       -    Receipts:  $25,871.13    =    Total Unpaid Balance: **($1.13)

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.