United States Bankruptcy Court
District of New Jersey

Caption of Compliance with D.N.J 9004-2(c)
Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street suite 1300
Newark NJ 07102
973-622-1584
michelle@labayenlaw.com

In Re:

Roberto Herrera and
Angela M Herrera

Case No.: 17-10142 (RG)

Honorable Rosemary Gambardella

Chapter 13

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Rodney Nelson, Esq. as Attorney for the Debtor in the above entitled case.

**Date**
7/31/2023

*/s/ Rodney Nelson, Esq*
Rodney Nelson
Superseding attorney

**Date**
7/31/2023

*/S/ Michelle Labayen*
MICHELLE LABAYEN
Withdrawing Attorney