| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey | |
| Caption of Compliance with D.N.J 9004-2(c)<br>Michelle Labayen (ML 2960)<br>Law Office of Michelle Labayen PC<br>24 Commerce Street suite 1300<br>Newark NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com | Case No.: See Attached List<br><br>Honorable Judge<br><br>Chapter 13 |
| In Re:<br>See attached list | |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Rodney Nelson, Esq. as Attorney for the Debtor in the above entitled case.

**Date**
8/1/2023

*/s/ Rodney Nelson, Esq*
Nelson & Associates PC
24 Commerce Street
Suite 1300
Newark NJ 07102
973-622-1584
Rodneyknelson9@gmail.com
Superseding attorney

**Date**
8/1/2023

*/S/ Michelle Labayen*
MICHELLE LABAYEN
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584

Withdrawing Attorney

## Select a Case

There were 2 matching persons.

There were 192 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Labayen, Michelle (aty) (191 cases) | 16-12722-VFP | Eduardo Estrella | 7 | 02/16/16 | N/A | N/A |
| | 16-34560-JKS | Aisha Rebecca Gabriel | 13 | 12/29/16 | N/A | N/A |
| | 17-10142-RG | Roberto Herrera and Angela M Herrera | 13 | 01/04/17 | N/A | N/A |
| | 18-15264-VFP | Jamila H. Conteh | 13 | 03/17/18 | N/A | N/A |
| | 18-23304-RG | Alease E. Forde | 13 | 07/02/18 | N/A | N/A |
| | 18-24240-RG | Adeline Criado | 13 | 07/16/18 | N/A | N/A |
| | 18-24244-CMG | Clifford J. Patterson and June Patterson | 13 | 07/16/18 | N/A | N/A |
| | 18-27842-VFP | Rashaad Peterkin | 13 | 09/05/18 | N/A | N/A |
| | 18-28009-VFP | Tyrome Joyner and Crystal Joyner | 13 | 09/08/18 | N/A | N/A |
| | 18-28809-MBK | Vanessa N. Bovino | 13 | 09/21/18 | N/A | N/A |
| | 18-28846-RG | Brian J. Song and New Jersey College Loan to Assist State Students ( | 13 | 09/21/18 | N/A | N/A |
| | 18-32842-RG | Gianna D. Copeland | 13 | 11/19/18 | N/A | N/A |
| | 19-14865-RG | James Smith and Sharon Smith | 13 | 03/11/19 | N/A | N/A |
| | 19-14902-VFP | Florence Mason | 13 | 03/11/19 | N/A | N/A |
| | 19-14915-VFP | Jason E Lopez and Michelle P Lopez | 13 | 03/11/19 | N/A | N/A |
| | 19-15904-SLM | Dennis Shlionsky and Lori Shlionsky | 13 | 03/23/19 | N/A | N/A |
| | 19-19210-JKS | Jennifer A Carney | 13 | 05/06/19 | N/A | N/A |
| | 19-21716-JKS | Jacqueline A. Cook | 13 | 06/11/19 | N/A | N/A |
| | 19-22306-RG | Alyssa M. Rivera | 7 | 06/20/19 | N/A | N/A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 19-23024-VFP | Carol Reid | 13 | 07/02/19 | N/A | N/A |
| 19-23675-RG | Widnie Dumont | 13 | 07/15/19 | N/A | N/A |
| 19-23678-RG | Gwendolyn O Holmes | 13 | 07/15/19 | N/A | N/A |
| 19-24209-RG | Margaret M. Somers | 13 | 07/23/19 | N/A | N/A |
| 19-24947-SLM | David K. Kenny | 13 | 08/01/19 | N/A | N/A |
| 19-26344-JKS | Anjail McGoogin | 13 | 08/26/19 | N/A | N/A |
| 19-27098-CMG | Matthew Larue | 13 | 09/05/19 | N/A | N/A |
| 19-27104-RG | Alicia Fung | 13 | 09/05/19 | N/A | N/A |
| 19-27121-SLM | Barbara Ann Jones | 13 | 09/05/19 | N/A | N/A |
| 19-28037-RG | Gregory Mariano | 13 | 09/21/19 | N/A | N/A |
| 19-28621-RG | Bianca Akira Dearing | 13 | 09/30/19 | N/A | N/A |
| 19-29380-VFP | Evette Castoire and Pablo Castoire | 13 | 10/12/19 | N/A | N/A |
| 19-31155-VFP | Hillary Dow | 13 | 11/08/19 | N/A | N/A |
| 19-32100-SLM | Washington B De Souza | 13 | 11/24/19 | N/A | N/A |
| 19-32213-RG | Nora Termanini | 13 | 11/26/19 | N/A | N/A |
| 19-33475-VFP | Luis Vieira | 13 | 12/18/19 | N/A | N/A |
| 19-33478-VFP | Jennifer Reece-Hopkinson | 13 | 12/18/19 | N/A | N/A |
| 19-33654-SLM | Christina Coaker | 7 | 12/22/19 | N/A | N/A |
| 19-33878-VFP | Luis Roldan | 7 | 12/29/19 | N/A | N/A |
| 20-01513-RG | Cantli Lucky Unicorn Realty, LLC et al v. Martineau et al | *Lead BK:* 20-17350-RG Nicholas Martineau Nicholas Martineau | 09/14/20 | N/A | N/A |
| 20-11205-RG | Jennifer Marquez | 13 | 01/25/20 | N/A | N/A |
| 20-11387-RG | Susan Sonntag | 13 | 01/29/20 | N/A | N/A |
| 20-13347-RG | Michell M Cuartas | 13 | 02/28/20 | N/A | N/A |
| 20-13688-RG | Fantasia Rogers | 13 | 03/03/20 | N/A | N/A |
| 20-13694-SLM | Carl Savage | 13 | 03/03/20 | N/A | N/A |
| 20-13753-VFP | Deborah Wiggins | 13 | 03/04/20 | N/A | N/A |
| 20-14390-VFP | Blanca Martinez | 13 | 03/14/20 | N/A | N/A |
| 20-14391-RG | Marie R Ferriero | 13 | 03/14/20 | N/A | N/A |
| 20-14565-VFP | David Ramos, Jr. | 13 | 03/18/20 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 20-15086-VFP | Niftali Marrero and Lourdes Marrero | 13 | 03/30/20 | N/A | N/A |
| 20-15089-VFP | Sean Conyers and Tiauna Hutchins | 13 | 03/30/20 | N/A | N/A |
| 20-15478-RG | Saber M. Abdelhalim Hammouda | 13 | 04/09/20 | N/A | N/A |
| 20-15715-JKS | Rolinson Timothy | 13 | 04/21/20 | N/A | N/A |
| 20-15752-VFP | Diego Uribe and Yoann Uribe | 13 | 04/22/20 | N/A | N/A |
| 20-15827-SLM | Teresita M Arceo | 13 | 04/24/20 | N/A | N/A |
| 20-17972-VFP | Christopher Dos Santos and Susie Dos Santos | 13 | 06/29/20 | N/A | N/A |
| 20-18615-VFP | Nyashia Rodriguez | 13 | 07/17/20 | N/A | N/A |
| 20-18620-RG | Dwayne K Conyers | 13 | 07/17/20 | N/A | N/A |
| 20-19390-RG | Gabriela Gutierrez | 13 | 08/08/20 | N/A | N/A |
| 20-20337-VFP | Denise Gilchrist | 13 | 09/04/20 | N/A | N/A |
| 20-21725-JKS | Ana Montanez | 7 | 10/17/20 | N/A | N/A |
| 20-22080-JKS | Joseph Graney, Jr. and Anne Graney | 13 | 10/28/20 | N/A | N/A |
| 20-22096-JKS | Kelly E Dimarco | 13 | 10/28/20 | N/A | N/A |
| 20-23068-VFP | Diana K Payton | 13 | 11/28/20 | N/A | N/A |
| 20-23994-SLM | Phillip L Edwards | 13 | 12/30/20 | N/A | N/A |
| 21-10882-SLM | Eduardo Granados | 13 | 01/31/21 | N/A | N/A |
| 21-11174-VFP | Ahmed Nasser | 13 | 02/12/21 | N/A | N/A |
| 21-11239-VFP | Suzanne Meyer | 13 | 02/16/21 | N/A | N/A |
| 21-11844-JKS | Acquanetta C Hines | 7 | 03/06/21 | N/A | N/A |
| 21-11891-MBK | Gorge Toledo | 13 | 03/09/21 | N/A | N/A |
| 21-11898-RG | Cesar Guadalupe | 13 | 03/09/21 | N/A | N/A |
| 21-12005-SLM | Shequera Upshaw | 13 | 03/12/21 | N/A | N/A |
| 21-12494-VFP | Jose A Martinez | 13 | 03/27/21 | N/A | N/A |
| 21-13346-SLM | Aleida Meyer | 13 | 04/24/21 | N/A | N/A |
| 21-14051-VFP | Majid Afayee | 13 | 05/17/21 | N/A | N/A |
| 21-14553-RG | Clifford McClendon | 7 | 06/01/21 | N/A | N/A |
| 21-15490-SLM | Gabriella Cruz | 13 | 07/03/21 | N/A | N/A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 21-15491-RG | April Hill Jones | 13 | 07/03/21 | N/A | N/A |
| 21-15492-VFP | Lea Amanda Caballero | 7 | 07/03/21 | N/A | N/A |
| 21-15804-JKS | Lucia Olarerin | 13 | 07/17/21 | N/A | N/A |
| 21-16420-SLM | Stephanie Guida | 13 | 08/10/21 | N/A | N/A |
| 21-17071-JKS | Dwight D Jackson and Terry L Thomas-Jackson | 13 | 09/07/21 | N/A | N/A |
| 21-17643-JNP | Andry Ramirez | 13 | 09/30/21 | N/A | N/A |
| 21-17903-VFP | Robert Macolino | 13 | 10/11/21 | N/A | N/A |
| 21-18780-JKS | Pamela Riley-Robinson | 13 | 11/12/21 | N/A | N/A |
| 21-19053-RG | Elizah Smoot | 13 | 11/23/21 | N/A | N/A |
| 21-19055-SLM | Marlicia James | 13 | 11/23/21 | N/A | N/A |
| 21-19358-SLM | Dexter Chance and Debra Chance | 13 | 12/04/21 | N/A | N/A |
| 21-19527-VFP | Ava Kodrich | 13 | 12/11/21 | N/A | N/A |
| 21-19530-SLM | Mario Marquez | 13 | 12/11/21 | N/A | N/A |
| 21-19777-RG | Manuel Carreiro and Donna Carreiro | 13 | 12/21/21 | N/A | N/A |
| 21-19915-SLM | Anton Kostenko and Katherine Foley | 13 | 12/30/21 | N/A | N/A |
| 21-19945-JKS | Adam Arywitz | 13 | 12/30/21 | N/A | N/A |
| 22-10367-VFP | Yvette Holmes | 7 | 01/17/22 | N/A | N/A |
| 22-10374-VFP | General Carson | 13 | 01/18/22 | N/A | N/A |
| 22-10648-JKS | Brenda Bobadella | 13 | 01/27/22 | N/A | N/A |
| 22-10686-JKS | Amelia Castro | 13 | 01/28/22 | N/A | N/A |
| 22-10823-MBK | Charmion Young | 13 | 02/01/22 | N/A | N/A |
| 22-11043-RG | Ezidinma Anyeji | 13 | 02/09/22 | N/A | N/A |
| 22-11155-MBK | John A Patterson | 13 | 02/14/22 | N/A | N/A |
| 22-11253-SLM | Robin Quinones and Cheryl Quinones | 13 | 02/17/22 | N/A | N/A |
| 22-12412-VFP | Erin Cruz | 13 | 03/27/22 | N/A | N/A |
| 22-12413-VFP | Jason G Foss and Kelly M Foss | 13 | 03/27/22 | N/A | N/A |
| 22-12750-JKS | Tywanna Vashea Lewis | 13 | 04/05/22 | N/A | N/A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 22-13267-RG | Saima Hashmi and Abdul Q Hashmi | 13 | 04/22/22 | N/A | N/A |
| 22-13269-VFP | Andres G. Mendoza | 13 | 04/22/22 | N/A | N/A |
| 22-13273-SLM | World Quality Food LLC | 7 | 04/22/22 | N/A | N/A |
| 22-13346-VFP | Steven Altfield and Jennifer Altfield | 13 | 04/25/22 | N/A | N/A |
| 22-14038-RG | Melissa Santos | 7 | 05/18/22 | N/A | N/A |
| 22-14104-MBK | Kyria Ferguson | 13 | 05/21/22 | N/A | N/A |
| 22-14105-VFP | Paula Rios | 13 | 05/21/22 | N/A | N/A |
| 22-14146-JKS | Raymond Pettignano and Evelyn Pettignano | 7 | 05/23/22 | N/A | N/A |
| 22-14429-VFP | Takisha Curry | 13 | 06/02/22 | N/A | N/A |
| 22-14874-MBK | George F Meschino | 13 | 06/15/22 | N/A | N/A |
| 22-14875-VFP | Jose D Perez | 13 | 06/15/22 | N/A | N/A |
| 22-14876-VFP | Jairo Obando | 13 | 06/15/22 | N/A | N/A |
| 22-15150-RG | Amanda Schweikardt | 13 | 06/25/22 | N/A | N/A |
| 22-16200-VFP | Elizabeth Conroy | 13 | 08/05/22 | N/A | N/A |
| 22-16201-RG | Eleanor Andrews | 13 | 08/05/22 | N/A | N/A |
| 22-16203-SLM | Eva Wallingford | 13 | 08/05/22 | N/A | N/A |
| 22-16214-CMG | Peter Frankel | 13 | 08/05/22 | N/A | N/A |
| 22-16298-VFP | Dagma Collazo | 7 | 08/10/22 | N/A | N/A |
| 22-16390-CMG | Theresa Cavallaro | 13 | 08/15/22 | N/A | N/A |
| 22-16391-SLM | Evens Merilus | 13 | 08/15/22 | N/A | N/A |
| 22-16562-CMG | Frank Giordano | 7 | 08/19/22 | N/A | N/A |
| 22-16576-MBK | Eric Andrade | 13 | 08/20/22 | N/A | N/A |
| 22-16775-VFP | Frank Bonavota and Domenica Bonavota | 13 | 08/27/22 | N/A | N/A |
| 22-17171-VFP | Enrique Nelson | 13 | 09/10/22 | N/A | N/A |
| 22-17806-JKS | Tony Bektas | 13 | 10/02/22 | N/A | N/A |
| 22-18121-RG | James A Perry, Jr. | 13 | 10/13/22 | N/A | N/A |
| 22-18205-VFP | Amarildo Princivil and Vanessa Y Filmonor | 13 | 10/16/22 | N/A | N/A |
| 22-18209-VFP | Olson D Jean-Louis, Jr. | 7 | 10/17/22 | N/A | N/A |
| 22-19003-SLM | Jason Goolamadeen | 7 | 11/12/22 | N/A | N/A |

| Case | Name | Chapter | Lead | Date Filed | | |
|---|---|---|---|---|---|---|
| 22-19389-CMG | Carrie Carmack | 13 | | 11/28/22 | N/A | N/A |
| 22-19971-CMG | Erica Haugabook | 13 | | 12/19/22 | N/A | N/A |
| 22-20009-JKS | CGD One Inc | 7 | | 12/21/22 | N/A | N/A |
| 22-20010-RG | Emily Candray | 7 | | 12/21/22 | N/A | N/A |
| 22-20014-JKS | Melba Martinez | 13 | | 12/21/22 | N/A | N/A |
| 22-20224-SLM | Sheryl E Drummond | 13 | | 12/30/22 | N/A | N/A |
| 23-01103-SLM | Goolamadeen v. Navient et al | | *Lead BK:* 22-19003-SLM Jason Goolamadeen | 04/17/23 | N/A | N/A |
| 23-01123-CMG | Patterson et al v. U.S. Department of Education | | *Lead BK:* 18-24244-CMG Clifford J. Patterson and June Patterson | 05/03/23 | N/A | N/A |
| 23-10042-JKS | Percy Randall | 13 | | 01/03/23 | N/A | N/A |
| 23-10451-MBK | Carlos E Gonzalez | 13 | | 01/18/23 | N/A | N/A |
| 23-10769-VFP | Bernadette Evans | 13 | | 01/31/23 | N/A | N/A |
| 23-10771-JKS | Mimose D Pierre Louis | 13 | | 01/31/23 | N/A | N/A |
| 23-11034-VFP | Alejandro Miguel Zambrana, Jr. | 13 | | 02/08/23 | N/A | N/A |
| 23-11302-VFP | Steve Lenis | 13 | | 02/18/23 | N/A | N/A |
| 23-11520-VFP | Jadelyn Marmolejos | 13 | | 02/27/23 | N/A | N/A |
| 23-11907-ABA | 2 N. Main, LLC | 7 | | 03/08/23 | N/A | N/A |
| 23-12104-RG | Shirley Saint-Jean | 13 | | 03/15/23 | N/A | N/A |
| 23-12226-RG | Richard Arce | 7 | | 03/18/23 | N/A | N/A |
| 23-12227-RG | Arlene C Blackwell | 13 | | 03/18/23 | N/A | N/A |
| 23-12230-RG | Ruddy Meoli Castillo | 13 | | 03/18/23 | N/A | N/A |
| 23-12460-VFP | Yolanda Patron | 13 | | 03/27/23 | N/A | N/A |
| 23-12461-VFP | Diego Alonso Abarca - Puente and Marleny Arely Mejia-Alvarenga | 13 | | 03/27/23 | N/A | N/A |
| 23-12463-JKS | Frank Goya | 13 | | 03/27/23 | N/A | N/A |
| 23-12648-VFP | Saiyida F Daniels | 7 | | 03/31/23 | N/A | N/A |
| 23-12667-SLM | Lamar Morrison | 7 | | 03/31/23 | N/A | N/A |
| 23-13139-RG | Niulka C Pasquali | 13 | | 04/17/23 | N/A | N/A |
| 23-13437-VFP | Zorida Shivamber | 13 | | 04/24/23 | N/A | N/A |

| Case | Debtor | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 23-13438-SLM | Michelle Cummings-Smith | 13 | 04/24/23 | N/A | N/A |
| 23-14224-RG | Maria D Vazquez | 7 | 05/18/23 | N/A | N/A |
| 23-14225-SLM | James Otha Hammie | 7 | 05/18/23 | N/A | N/A |
| 23-14226-RG | Danigl Rivera and Elizabeth Rivera | 7 | 05/18/23 | N/A | N/A |
| 23-14229-RG | Eric Joseph Hemphill, Jr. | 7 | 05/18/23 | N/A | N/A |
| 23-14286-RG | Candace Vonetta Duncan | 7 | 05/19/23 | N/A | N/A |
| 23-14287-SLM | Serena Livingston | 7 | 05/19/23 | N/A | N/A |
| 23-14290-SLM | Estelle Greendorfer | 7 | 05/19/23 | N/A | N/A |
| 23-14710-SLM | LEDBETTER & SIMON TRUCKING LLC | 7 | 05/31/23 | N/A | N/A |
| 23-14712-RG | Daniel Koye | 7 | 05/31/23 | N/A | N/A |
| 23-14716-VFP | Tara A Brown | 7 | 05/31/23 | N/A | N/A |
| 23-14719-JKS | Tenisha Apple | 7 | 05/31/23 | N/A | N/A |
| 23-15170-RG | Leanne Caballero | 7 | 06/14/23 | N/A | N/A |
| 23-15173-RG | Quana Means | 7 | 06/14/23 | N/A | N/A |
| 23-15314-VFP | Paul Spiegel | 13 | 06/20/23 | N/A | N/A |
| 23-15491-RG | Thomas Patterson, Jr. and Blanche Patterson | 13 | 06/27/23 | N/A | N/A |
| 23-15495-SLM | Angela Phillip | 13 | 06/27/23 | N/A | N/A |
| 23-15500-CMG | Tenealasha G Smith-Evans | 13 | 06/27/23 | N/A | N/A |
| 23-15549-JKS | Andrea Marie Deprisco | 7 | 06/28/23 | N/A | N/A |
| 23-15551-KCF | Raina D Pettway | 7 | 06/28/23 | N/A | N/A |
| 23-15552-CMG | Crown Lifestyles, Inc. | 7 | 06/28/23 | N/A | N/A |
| 23-15854-RG | Edilberto Bazan | 13 | 07/08/23 | N/A | N/A |
| 23-16032-VFP | Skin Prologica, LLC | 7 | 07/15/23 | N/A | N/A |
| 23-16033-SLM | June Howard | 7 | 07/15/23 | N/A | N/A |
| 23-16035-JKS | Michele Paone | 7 | 07/15/23 | N/A | N/A |
| 23-16036-JKS | Carlos Augusto Vargas | 7 | 07/15/23 | N/A | N/A |
| 23-16053-SLM | Kelechi Edozie-Anyadiegwu | 7 | 07/17/23 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 23-16468-JKS | Xavier Muentes | 7 | 07/29/23 | N/A | N/A |
| | 23-16469-VFP | Jamar Blue | 7 | 07/29/23 | N/A | N/A |
| | 23-16470-JKS | Samouri A Clegg | 13 | 07/29/23 | N/A | N/A |
| | 23-16471-VFP | Kadeem Turner | 7 | 07/29/23 | N/A | N/A |
| | 23-16484-RG | Donovan Brown | 7 | 07/31/23 | N/A | N/A |
| Labayen, Michelle (pty) (1 case) | 21-14553-RG | Clifford McClendon | 7 | | 06/01/21 | Attorney | N/A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/07/2023 11:13:51 | | | |
| PACER Login: | mlab5066 | Client Code: | |
| Description: | Search | Search Criteria: | LName: labayen FName: michelle Open Cases: included |
| Billable Pages: | 4 | Cost: | 0.40 |