Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−10142−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Roberto Herrera | Angela M Herrera |
| fka Roberto Herrera Acevedo | fka Angela M Ruiz |
| 3−37 31st Street | 3−37 31st Street |
| Fair Lawn, NJ 07410 | Fair Lawn, NJ 07410 |

Social Security No.:
  xxx−xx−7623                                    xxx−xx−0649

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 6, 2023</u>                <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court